ROBERT S .BREWER, JR.
United States Attorney
NICHOLAS W. PILCHAK
Massachusetts Bar No.: 669658
Assistant U.S. Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9709
Fax: (619) 546-0510
Email:  nicholas.pilchak@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO AGUILAR-MONTOYA, <br><br> Defendant. | Case No.: 19-CR-2119-H <br><br> Date:   December 2, 2019 <br> Time:   2:00 p.m. <br><br> Honorable Marilyn L. Huff <br><br> **JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

    Plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, ROBERT S. BREWER, JR., United States Attorney, Nicholas W. Pilchak, Assistant U.S. Attorney, and defendant, GUSTAVO AGUILAR-MONTOYA, by and through his counsel, Chloe Dillon, Federal Defenders of San Diego, Inc., hereby jointly move this Court pursuant to Fed. R. Crim. P. 48(a) for an order to dismiss all remaining counts in this case without prejudice.

1  The parties base this motion upon the current state of Ninth Circuit law
2  concerning Defendant's prior felony conviction, and the existence of pending charges
3  against Defendant in related case number 19-cr-4033-H.

DATED: October 30, 2019                    Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

/s/ Nicholas W. Pilchak
NICHOLAS W. PILCHAK
Assistant United States Attorney


/s/ Chloe Dillon (by consent)
CHLOE DILLON
Counsel for Defendant
GUSTAVO AGUILAR-
MONTOYA