# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR2119-H |
| Plaintiff, | Booking No. 81760-298 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| GUSTAVO AGUILAR-MONTOYA (1), | |
| Defendant. | |

Based upon the joint motion of the parties, the Court grants the joint motion to dismiss without prejudice the Indictment and Superseding Indictment in the above entitled case against defendant Gustavo Aguilar-Montoya. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 1, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-